Standard Sanitary Manufacturing Company, appellant, v. James B. Waller and James L. Beckwith, appellee. Gen. No. 30,426.

Action by lessee to recover costs of improvements made to leased premises. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 16, 1926. Re-hearing denied March 26, 1926.

Samuel J. Moran, for appellant.   Morton T. Culver, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

William G. Shay, appellant, v. Jean A. Shay, appellee. Gen. No. 30,450.

Appeal from order increasing allowance for support of children of appellant and his divorced wife. Appeal from the Circuit Court of Cook county; the Hon. John R. Caverly, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 16, 1926.

Rooney, Healy & Melaniphy, for appellant; John C. Melaniphy, of counsel. Arthur V. Bishop, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Harry A. Tennyson, appellee, v. Oscar Mayer & Company, appellant. Gen. No. 30,465.

Detinue to recover possession of automobile. Judgment for plain-tiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 16, 1926.

Schein & Beckwith, for appellant; George L. Schein and Fred W. Bentley, of counsel. Irwin R. Hazen and LeRoy V. Penwell, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

H. J. Umbright, appellee, v. Claude W. Morris, appellant. Gen. No. 30,474.

Action for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed with findings of fact. Opinion filed March 16, 1926.

Wyman, Hopkins, McKeever & Colbert, for appellant. Lester L. Bauer, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.